UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEOTHER TERRELL, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | )   CASE NO. 1:05-cv-1690-DFH-TAB |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|       Defendant. | ) |

FINAL JUDGMENT

The court having issued on this day its Entry on Judicial Review in this cause, now ORDERS, ADJUDGES, AND DECREES that the Commissioner's denial of benefits is AFFIRMED.  This Entry of Judgment constitutes a final judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Date: January 5, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

-2-

Copies to:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov